624 A.2d 1371

IN THE MATTER OF CHARLES F. MARTONE,
AN ATTORNEY AT LAW.

June 9, 1993.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that CHARLES F. MARTONE of NEWARK, who was admitted to the bar of this State in 1973, be publicly reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.1(a) (gross neglect) and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and CHARLES F. MARTONE is hereby publicly reprimanded; and it is further

ORDERED that should respondent return to the private practice of law, that practice shall be under the supervision of a proctor satisfactory to the Office of Attorney Ethics, until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.